**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-6138**

─────────────

DANNY EARL BRASWELL,

        Plaintiff - Appellant,

     v.

HAMPTON ROADS REGIONAL JAIL; LIEUTENANT STEVEN PHILLIPS; B. BROWN, Records/Classification Department; KTGOHAM, RN; A.B., Staff; DOCTOR RUBY; DAVID HACKWORTH, Superintendent,

        Defendants - Appellees.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Arenda L. Wright Allen, District Judge. (4:21-cv-00059-AWA-LRL)

─────────────

Submitted:  July 25, 2024                         Decided:  July 30, 2024

─────────────

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Danny Earl Braswell, Appellant Pro Se.  Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Danny Earl Braswell appeals the district court's order denying his request to appoint counsel and dismissing his amended 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Braswell v. Hampton Rds. Reg'l Jail*, No. 4:21-cv-00059-AWA-LRL (E.D. Va. Feb. 5, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*